FITTICHAUER v. VAN WYCK.

(Supreme Court, Appellate Term.   February 28, 1905.)

BROKERS—COMMISSIONS—PAYMENT—CONDITIONS.

Where broker's commissions were not to be paid for until and unless title passed, and the purchaser failed to complete his purchase, no right to commissions accrued.

[Ed. Note.—For cases in point, see vol. 8, Cent. Dig. Brokers, § 97.]

Appeal from Municipal Court, Borough of Manhattan, Twelfth District.

Action by Felix Fittichauer against Frederick Van Wyck.   From a Municipal Court judgment in favor of defendant, plaintiff appeals. Affirmed.

Argued before SCOTT, GIEGERICH, and McCALL, JJ.

Henry A. Brann (G. Murray Hulbert, of counsel), for appellant.

Bushby & Berkeley (James C. Bushby, of counsel), for respondent.

PER CURIAM.   There was positive evidence of a disinterested witness, which the result shows the trial justice believed, that the

broker's commissions were not to be paid until and unless title passed. The purchaser failed to complete his purchase, and therefore no commissions became due.

Judgment affirmed, with costs.